UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICKOLAS WEIHERT,

    Defendant.

Case No. 10-CR- 193
[29 U.S.C. § 501(c)]

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

1. At all times material to this information, Local 4845 of the United Steelworkers of America (hereinafter Local 4845) operated at Waukesha, Wisconsin.

2. At all times material to this information, Local 4845 was a labor organization within the meaning of 29 U.S.C. § 402(i).

3. Beginning on or about October 17, 2007, and continuing through and including May 6, 2008, in the State and Eastern District of Wisconsin,

**NICKOLAS WEIHERT,**

an officer of Local 4845 serving as the Financial Secretary, acting with fraudulent intent, embezzled, stole, and unlawfully and willfully converted to his own use $17,256.62, of money and funds of Local 4845, by making unauthorized cash withdrawals and issuing unauthorized checks to himself and others, from accounts of Local 4845.

4. As part of the fraudulent activity alleged in paragraph 3 above, on or about the dates indicated below, **WEIHERT**, for his personal use, conducted the following transactions affecting the accounts of Local 4845:

| Count | Date | Transaction | Amount |
|---|---|---|---|
| 1 | October 17, 2007 | check issued to self and cashed | $150.00 |
| 2 | March 13, 2008 | check issued to L.R. | $100.00 |
| 3 | May 6, 2008 | cash withdrawal | $200.00 |

All in violation of Title 29, United States Code, Section 501(c).

JAMES L. SANTELLE
United States Attorney

Date: 10/4/10